# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2011

142795 & (17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GRIEVANCE ADMINISTRATOR,
            Petitioner-Appellee,

v

ARNOLD D. DUNCHOCK,
            Respondent-Appellant.

SC:  142795
ADB: 09-000051-GA

_____/

On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motion for stay or reinstatement is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2011

Clerk

p0906